**MARK JUBELT (SBN 132772)**
**LAW OFFICES OF SCHNEIDER & HOSMER**
333 University Avenue, Suite 210
Sacramento, California 95825
Direct:          (424) 443-4465
Main:           (916) 921-9353
Facsimile:    (855) 214-7884
Email:          jubelm1@nationwide.com
Service:       TDSACNEW@Nationwide.com

Attorneys for Defendant,
FAMILY DOLLAR, LLC (DOE 1)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FANG, an individual; and PANGGE FANG, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FAMILY DOLLAR STORES, LLC, a limited liability company; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:24-cv-00692 KES-BAM *[Fresno County Superior Court Case No. 23CECG03332]*<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**<br><br>Complaint Filed: August 15, 2023 |

**THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:**

1.   Plaintiffs TANYA FANG and PANGEE FANG commenced the above-entitled civil action in the Superior Court for the County of Fresno by filing a complaint entitled *Tanya Fange; and Pangee Fang v. Family Dollar Stores, LLC; and Does 1 to 50, inclusive,* Case No. 23CECG03332.

1.   Defendant, FAMILY DOLLAR, LLC (DOE 1) on May 7, 2024, filed through its prior attorneys, Charles D. May and Andrea Breuer of Tharpe & Howell, Answer to Complaint in the *Tanya Fange; and Pangee Fang v. Family Dollar Stores, LLC*, et al, Fresno County Superior Court

Case No. 23CECG03332.

2.  Defendant, FAMILY DOLLAR, LLC (DOE 1) on June 13, 2024, filed through its prior attorneys, Charles D. May and Andrea Breuer of Tharpe & Howell, a Notice of Removal of Action under 28 U.S.C. §1332 and §1441(b) to have the herein matter removed from the Superior Court of the State of California, County of Fresno to the United States District Court, Eastern District of California on the basis of diversity of citizenship under 28 U.S.C. §1332(a).  Defendant's attorney at the time stated that this matter was an action between citizens of different states and the amount in controversy exceeded the state court's jurisdiction

3.  On September 11, 2024, Defendant FAMILY DOLLAR, LLC filed an Amended Consent Order Granting Substitution of Attorney wherein Mark Jubelt of the Law Offices of Schneider & Hosmer was the attorney of record for Defendant FAMILY DOLLAR, LLC.

4.  Plaintiffs' attorney of record and Defendant's attorney of record have been meeting regarding the herein matter, and the parties have agreed that this matter should be remanded to the State of California, County of Fresno Superior Court as was originally commenced.

5.  The parties further stipulate that this matter should be instantly remanded to the County of Fresno Superior Court upon the signing of the Order contained herein.

Dated:  April 9, 2025

CARTER LAW GROUP

*/s/ Daniel L. Carter*
_____
DANIEL L. CARTER
Attorneys for Plaintiffs, TANYA FANG and
PANGEE FANG

Dated: April 10, 2025

LAW OFFICES OF SCHNEIDER & HOSMER

*/s/ Mark Jubelt*
_____
MARK JUBELT
Attorneys for Defendant, FAMILY DOLLAR, LLC

**O R D E R**

Pursuant to the parties' stipulation, and good cause appearing, this matter shall be remanded back to the County of Fresno Superior Court. The Clerk of the Court is directed to mail a copy of this order to the County of Fresno Superior Court and close this case.

IT IS SO ORDERED.

Dated:   April 10, 2025

_____
UNITED STATES DISTRICT JUDGE

Fang v. Family Dollar LLC                    Stipulation and Order to Remand                    Case No. 1:24-cv-00692 KES-BAM
Case to State Court